L. Christopher Rose, Esq.
Nevada Bar No. 7500
Jonathan R. Martin
Nevada Bar No. 15959
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: lcr@h2law.com
Email: jrm@h2law.com

*Attorneys for Defendant Allison Wong*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NBK INNOVATIONS XIII, LLC, DOJO VENTURES FUND II, LLC, SU FUND I, A SERIES OF INCISIVE VENTURES LP, ANTONIO SALERNO, SUSAN LEIBY, ALESSCO, INC. DEFINED BENEFIT PLAN, ROBERT HESS, AND MJ JAMIOLKOWSKI FLP,<br><br>Plaintiffs,<br>vs.<br><br>SUAVEI, INC., AFONSO INFANTE, AND ALLISON WONG,<br><br>Defendant. | Case No. 2:22-CV-01415<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT ALLISON WONG TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and District of Nevada Local Rule IA 6-1, Plaintiffs NBK Innovations XIII, LLC, DOJO Ventures Fund II, LLC, Su Fund I, A Series of Incisive Ventures LP, Antonio Salerno, Susan Leiby, Alessco, Inc. Defined Benefit Plan, Robert Hess, and MJ Jamiolkowski FLP, ("Plaintiffs") and Defendant Allison Wong ("Defendant" or "Wong"), through counsel, hereby agree and stipulate, as follows:

1. Plaintiffs filed their Complaint (the "Complaint") on August 30, 2022.

2. Plaintiffs served the Summons and Complaint on Defendant on September 6, 2022.

3. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant had 21 days from the date of service to file and serve an answer or other response to the Complaint (*i.e.*, until September 27, 2022).

4. Defendant and Plaintiffs stipulate to a 30-day extension of time to file and serve

an answer or other respond to the Complaint, which makes the response due on October 27, 2022.

5. The reason for the extension is that Defendant's counsel has been investigating the circumstances surrounding the allegations since being retained and has also engaged in a telephonic conference with Plaintiffs' counsel in an effort to discuss and, if possible, resolve the dispute. The parties have agreed to have further discussions as well.

6. The parties timely filed a stipulation within the time required for the original response. Upon receipt of the order denying the stipulation, the parties prepared this revised stipulation and have submitted it as soon as time allowed. Thus, to the extent required, the failure to file a response to the complaint was the result of excusable neglect as the parties attempted to submit a timely stipulation to extend the deadline.

7. This is the first stipulation to extend the date for Defendant to answer or otherwise respond to the Complaint.

**IT IS SO AGREED AND STIPULATED:**

| HOWARD & HOWARD ATTORNEYS PLLC | HUTCHISON & STEFFEN, PLLC |
|---|---|
| By: /s/ L. Christopher Rose<br>L. Christopher Rose, Esq.<br>Nevada Bar No. 7500<br>Jonathan R. Martin, Esq.<br>Nevada Bar No. 15959<br>3800 Howard Hughes Pkwy., Suite 1000<br>Las Vegas, NV 89169<br>Tel. (702) 257-1483<br>Email: lcr@h2law.com<br>Email: jwf@h2law.com<br><br>*Attorneys for Defendant*<br>*Allison Wong* | By: /s/ Stewart C. Fitts<br>Stewart C. Fitts, Esq.<br>Nevada Bar No. 5635<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, Nevada 89145<br>Tel: (702-385-2500)<br>sfitts@hutchlegal.com<br><br>*Attorneys for Plaintiffs*<br>*NBK Innovations XIII, LLC, Dojo Ventrues Fund II, LLC, Su Fund I, A Series of Incisive Ventures LP, Antonio Salerno, Susan Leiby, Alessco, Inc. Defined Benefit Plan, Robert Hess, and MJ Jamiolkowski FLP* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 4, 2022

-2-

**Amber M. Clayton**

| | |
|---|---|
| **From:** | Jonathan R. Martin |
| **Sent:** | Monday, October 3, 2022 10:46 AM |
| **To:** | Amber M. Clayton |
| **Subject:** | FW: Stip and Order to Extend |



Jonathan R. Martin
Attorney

3800 Howard Hughes Pkwy, STE 1000, Las Vegas, NV 89169
**D:** 702.667.4801 | **C:** 801.661.1014 | **F:** 702.567.1568
jrmartin@howardandhoward.com

NOTICE: Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

**From:** Stewart C. Fitts <sfitts@hutchlegal.com>
**Sent:** Friday, September 30, 2022 5:02 PM
**To:** Jonathan R. Martin <jrmartin@howardandhoward.com>
**Cc:** L. Christopher Rose <lcr@h2law.com>
**Subject:** RE: Stip and Order to Extend

> **CAUTION: EXTERNAL EMAIL**

Jonathan: Yes. This is fine and you may affix my e-signature.

**From:** Jonathan R. Martin <jrmartin@howardandhoward.com>
**Sent:** Friday, September 30, 2022 3:51 PM
**To:** Stewart C. Fitts <sfitts@hutchlegal.com>
**Cc:** L. Christopher Rose <lcr@h2law.com>
**Subject:** Stip and Order to Extend

Good afternoon Mr. Fitts,

Our initial stipulation and order to extend time to answer was kicked back by the Court. We revised and need your permission, again, to affix your e-signature.

Please review and respond as soon as you have a moment.

Thank you,
Jon Martin

 | **Jonathan R. Martin**
Attorney

3800 Howard Hughes Pkwy, STE 1000, Las Vegas, NV 89169
**D:** 702.667.4801 | **C:** 801.661.1014 | **F:** 702.567.1568
jrmartin@howardandhoward.com

NOTICE: Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.


Stewart C. Fitts
Senior Counsel

HUTCHISON & STEFFEN, PLLC
(702) 385-2500
hutchlegal.com

**Notice of Confidentiality:** The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon, this information by anyone other than the intended recipient is not authorized.