AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

NBK Innovation XIII, LLC, et al.,

          Plaintiff,

v.

Suavei, Inc., et al.,

          Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-01415-JAD-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is entered in favor of Plaintiffs and against Defendant Suavei, Inc. in the sum certain amount of $1,173,500.00, plus pre- and post-judgment interest.

2/14/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ E. Smith  
Deputy Clerk