Stewart C. Fitts (5635)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
sfitts@hutchlegal.com
*Attorneys for Plaintiffs*
NBK INNOVATION XIII, LLC,
DOJO VENTURES FUND II, LLC, SU FUND I,
A SERIES OF INCISIVE VENTURES LP,
ANTONIO SALERNO, SUSAN LEIBY, ALESSCO, INC.
DEFINED BENEFIT PLAN, ROBERT HESS,
AND MJ JAMIOLKOWSKI FLP

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NBK INNOVATION XIII, LLC, DOJO VENTURES FUND II, LLC, SU FUND I, A SERIES OF INCISIVE VENTURES LP, ANTONIO SALERNO, SUSAN LEIBY, ALESSCO, INC. DEFINED BENEFIT PLAN, ROBERT HESS, AND MJ JAMIOLKOWSKI FLP,<br><br>Plaintiffs,<br><br>v.<br><br>SUAVEI, INC., AFONSO INFANTE, AND ALLISON WONG,<br><br>Defendants. | Case No.: 2:22-cv-01415-JAD-BNW<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY THROUGH JANUARY 31, 2024** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs NBK Innovation XIII, LLC, DOJO Ventures Fund II, LLC, SU Fund I, a Series of Incisive Ventures LP, Antonio Salerno, Susan Leiby, Alessco Inc. Defined Benefit Plan, Robert Hess, and MJ Jamiolkowski FLP (collectively, "Plaintiffs"), and Defendant Allison Wong ("Defendant" or "Defendant Wong"), by and through their undersigned counsel, that discovery be stayed until January 31, 2024 during which time the "Early Neutral Evaluation" and/or settlement conference conducted by Magistrate Judge Brendaa Weksler is continued until January 24, 2024.  The lone exception to this discovery stay is to permit the parties to take the deposition of non-party witness Frank DeJoy.

**I.      BACKGROUND.**

On July 17, 2023, the Court entered a stipulation and order to schedule settlement conference, stay discovery, and extend discovery 90-days after the settlement conference. (ECF No. 43.)  On July 17, 2023, the Court also entered an order scheduling the settlement conference for September 27, 2023. (ECF No. 44.)

On September 27, 2023, the settlement conference commenced before Magistrate Judge Brenda Weksler. (*See* Minutes of Proceedings, ECF No. 45.)  The Court heard presentations from counsel and the parties and met separately with each side in caucuses. (*Id*.)  No settlement occurred during this initial session of the settlement conference, and the Court continued the settlement conference to January 24, 2024. (*Id*.)

Near the conclusion of the initial settlement conference session on September 27, 2023, the parties discussed staying discovery, with the lone exception of taking the deposition of Frank DeJoy, until after the second session of the settlement conference on January 24, 2024. The parties agreed to stay discovery, with the lone exception, until January 31, 2024. Magistrate Judge Brenda Weksler then requested the parties submit formal stipulation and order for entry review and approval by the Court.

**II.     REQUEST FOR FORMAL ORDER APPROVING STIPULATION.**

Based on the foregoing, the parties respectfully request the Court to enter a formal order approving the stipulation to stay discovery in this case until January 31, 2024, to enable the parties to participate at the January 24, 2024, settlement conference session in an economically efficient manner. The lone exception to this stay is to permit the parties to take the deposition for Frank DeJoy.

////

////

////

////

1  DATED this 16th day of October , 2023.

| HUTCHISON & STEFFEN, PLLC | HOWARD & HOWARD ATTORNEYS, PLLC |
|---|---|
| /s/Stewart Fitts | /s/L. Christopher Rose |
| Stewart C. Fitts (5635) | L. Christopher Rose (7500) |
| Peccole Professional Park | Jonathan R. Martin (15959) |
| 10080 West Alta Drive, Suite 200 | 3800 Howard Hughes Pkwy., Suite 1000 |
| Las Vegas, NV 89145 | Las Vegas, NV 89169 |

*Attorneys for Plaintiffs*
NBK INNOVATION XIII, LLC,
DOJO VENTURES FUND II, LLC, SU FUND I,
A SERIES OF INCISIVE VENTURES LP,
ANTONIO SALERNO, SUSAN LEIBY,
ALESSCO, INC. DEFINED BENEFIT PLAN,
ROBERT HESS, AND MJ JAMIOLKOWSKI
FLP

*Attorneys for Defendant Allison Wong*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10/17/2023