Stewart C. Fitts (NV Bar No. 5635)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
sfitts@hutchlegal.com

Robert J. Yorio (CA Bar No, 93178)
Carr & Ferrell, LLP
411 Borel Street, Suite 603
San Mateo, CA 94402
Tel: (650) 812-3453
Fax: (650) 812-3444
Yorio@carrferrell.com

*Attorneys for Plaintiffs*
NBK INNOVATION XIII, LLC,
DOJO VENTURES FUND II, LLC, SU FUND I,
A SERIES OF INCISIVE VENTURES LP,
ANTONIO SALERNO, SUSAN LEIBY, ALESSCO, INC.
DEFINED BENEFIT PLAN, ROBERT HESS,
AND MJ JAMIOLKOWSKI FLP

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NBK INNOVATION XIII, LLC, DOJO VENTURES FUND II, LLC, SU FUND I, A SERIES OF INCISIVE VENTURES LP, ANTONIO SALERNO, SUSAN LEIBY, ALESSCO, INC. DEFINED BENEFIT PLAN, ROBERT HESS, AND MJ JAMIOLKOWSKI FLP, <br><br> Plaintiffs, <br><br> v. <br><br> SUAVEI, INC., AFONSO INFANTE, AND ALLISON WONG, <br><br> Defendants. | Case No.: 2:22-cv-01415-JAD-BNW <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE APRIL 24, 2024 SETTLEMENT CONERENCE AND TO CONTINUE STAY OF DISCOVERY** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs NBK Innovation XIII, LLC,

DOJO Ventures Fund II, LLC, SU Fund I, a Series of Incisive Ventures LP, Antonio Salerno, Susan

Leiby, Alessco Inc. Defined Benefit Plan, Robert Hess, and MJ Jamiolkowski FLP (collectively,

1   "Plaintiffs"), and Defendant Allison Wong ("Defendant" or "Defendant Wong"), by and through their

2   undersigned counsel, that:

3       (1) the April 24, 2024 settlement conference to be conducted by Magistrate Judge Brenda

4   Weksler be continued for a period of no less than approximately one-hundred and twenty days (120)

5   days; and

6       (2) the discovery stay that is currently in effect be extended until seven (7) days after completion

7   of the continued settlement conference, with the lone exception of permitting the parties to take the

8   deposition of non-party witness Frank DeJoy.

9   **I.    BACKGROUND.**

10       On July 17, 2023, the Court entered a stipulation and order to schedule settlement conference,

11   stay discovery, and extend discovery 90-days after the settlement conference. (ECF No. 43.)  On July

12   17, 2023, the Court also entered an order scheduling the settlement conference for September 27, 2023.

13   (ECF No. 44.)

14       On September 27, 2023, the settlement conference commenced before Magistrate Judge Brenda

15   Weksler. (*See* Minutes of Proceedings, ECF No. 45.)  The Court heard presentations from counsel and

16   the parties and met separately with each side in caucuses. (*Id*.)  No settlement occurred during this

17   initial session of the settlement conference, and the Court continued the settlement conference to

18   January 24, 2024. (*Id*.)

19       Near the conclusion of the initial settlement conference on September 27, 2023, the parties

20   discussed staying discovery, with the lone exception of taking the deposition of Frank DeJoy, until after

21   the second session of the settlement conference on January 24, 2024. The parties agreed to stay

22   discovery, with the lone exception, until January 31, 2024.  On October 16, 2023, Magistrate Judge

23   Brenda Weksler entered an order staying discovery in this manner until January 31, 2024. (ECF No.

24   46.)

25       On January 22, 2024, the Court entered an order continuing the settlement conference to April

26   24, 2024 because defendant Afonso Infante, who has had a default judgment entered against him in this

27   case, filed a motion to Quash Writs of Execution and Subpoenas in the Northern District of California,

28   Case No. 23-mc-LJC (the "Northern District of California Case"). (*See* ECF 53.)

## II.    REASONS FOR CONTINUANCE.

The parties acknowledge that Plaintiffs' success in executing on the default judgments entered by this Court against defendant Suavei, Inc. (ECF No. 34) defendant Afonso Infante (ECF No. 39) will have a material effect on settlement negotiations in the second session of settlement conference scheduled by this Court.  As stated, Plaintiffs have registered said default judgments in the Northern District of California Case.  After the first session of the settlement conference concluded on September 27, 2023, Plaintiffs discovered certain accounts belonging to defendant Infante, served writs of execution and subpoenas in the Northern District of California Case.

On December 6, 2023, defendant Afonso Infante filed a Motion to Quash Writs of Execution and Subpoenas in the Northern District of California Case.  Defendant Infante, however, did not consent to have Magistrate Judge Cisneros hear his motion in the Northern District of California Case.  As a result, the hearing on defendant Infante's motion was continued so that the district court judge could hear it. Recently, the district court judge in the Northern District of California Case issued an order denying Defendant Infante's motion to Quash the Writs of Execution and Subpoenas.

On April 4, 2024, Chief Magistrate Judge Donna M. Ryu, United States District Court, Northern District of California, issued an order requiring the authorized representative of Charles Schwab & Co. Inc. to appear to an oral examination under oath on May 7, 2024 at the Ronald V. Dellums Federal Building & United States Courthouse in Oakland, California. (*See* ECF 55.)  Further, Plaintiffs have recently requested by subpoena in the Northern District of California Case all documents related to TD Ameritrade and Charles Schwab accounts held on behalf of Defendants Infante and Suavei, Inc. Finally, Writs of Execution have also been recently issued in the Northern District of California Case and have been sent to the U.S. Marshall for service of bank levies on Bank of America and Charles Schwab.

The parties therefore submit that the April 24, 2024 settlement conference in this case be continued for a period of no less than approximately 120 days.  The parties also submit that the current discovery stay should also be extended until seven (7) days after the conclusion of the continued statement conference, with the lone exception of taking the deposition of non-party witness Frank DeJoy.

**III.    REQUEST FOR FORMAL ORDER APPROVING STIPULATION.**

Based on the foregoing, the parties respectfully request the Court to enter a formal order: (1) continuing the April 24, 2024 settlement conference for a period of no less than approximately one-hundred twenty (120) days; and (2) extending the current stay of discovery until seven (7) days after the date of the continued settlement conference, with the lone exception of permitting the parties to take the deposition for Frank DeJoy.

DATED this 15th day of April, 2024.

| | |
|---|---|
| HUTCHISON & STEFFEN, PLLC | HOWARD & HOWARD ATTORNEYS, PLLC |
| */s/ Stewart C. Fitts* | */s/ L. Christopher Rose* |
| _____ | _____ |
| Stewart C. Fitts (5635) | L. Christopher Rose (7500) |
| Peccole Professional Park | Jonathan R. Martin (15959) |
| 10080 West Alta Drive, Suite 200 | 3800 Howard Hughes Pkwy., Suite 1000 |
| Las Vegas, NV 89145 | Las Vegas, NV 89169 |
| | |
| Robert J. Yorio (CA Bar No, 93178) | *Attorneys for Defendant Allison Wong* |
| Carr & Ferrell, LLP | |
| 411 Borel Street, Suite 603 | |
| San Mateo, CA 94402 | |
| Tel: (650) 812-3453 | |
| Fax: (650) 812-3444 | |

*Attorneys for Plaintiffs*
*NBK INNOVATION XIII, LLC,*
*DOJO VENTURES FUND II, LLC, SU FUND I,*
*A SERIES OF INCISIVE VENTURES LP,*
*ANTONIO SALERNO, SUSAN LEIBY,*
*ALESSCO, INC. DEFINED BENEFIT PLAN,*
*ROBERT HESS, AND MJ JAMIOLKOWSKI*
*FLP*

**DATED:** 4/16/2024

The settlement conference is continued to
8/28/2024 at 10:00 a.m. The pre-settlement
telephonic conference is continued to 8/27/2024
at 3:00 p.m. The parties briefs are due to
ashley_schobert@nvd.uscourts.gov at 4:00 p.m.
on 8/21/2024.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE