L. Christopher Rose, Esq.
Nevada Bar No. 7500
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: lcr@h2law.com

*Attorneys for Defendant Allison Wong*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NBK INNOVATIONS XIII, LLC, DOJO VENTURES FUND II, LLC, SU FUND I, A SERIES OF INCISIVE VENTURES LP, ANTONIO SALERNO, SUSAN LEIBY, ALESSCO, INC. DEFINED BENEFIT PLAN, ROBERT HESS, AND MJ JAMIOLKOWSKI FLP, <br><br> Plaintiffs, <br><br> vs. <br><br> SUAVEI, INC., AFONSO INFANTE, AND ALLISON WONG, <br><br> Defendant. | Case No. 2:22-CV-01415-JAD-DJA <br><br><br> **STIPULATION TO DE-DESIGNATE EXCERPTS OF THE OCTOBER 25, 2024 DEPOSITION TRANSCRIPT OF FRANK DEJOY** |

1

4936-1369-4357, v. 1

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs NBK Innovation XIII, LLC, DOJO Ventures Fund II, LLC, SU Fund I, a Series of Incisive Ventures LP, Antonio Salerno, Susan Leiby, Alessco Inc. Defined Benefit Plan, Robert Hess, and MJ Jamiolkowski FLP (collectively, "Plaintiffs"), and Defendant Allison Wong ("Defendant"), by and through their undersigned counsel, that pages 1, 9, 92, 95, 96, 99, 100, 101 and 174 of the October 25, 2024 deposition transcript of Frank DeJoy, that were previously designated as confidential under the Stipulated Protective Order in this case (ECF No. 38), shall be de-designated, no longer confidential, and need not be filed under seal.

Dated this 6th day of March, 2026.

| HOWARD & HOWARD<br>ATTORNEYS PLLC | HUTCHISON & STEFFEN, PLLC |
|---|---|
| By:____/s/ L. Christopher Rose____<br>L. Christopher Rose, Esq.<br>Nevada Bar No. 7500<br>3800 Howard Hughes Pkwy., Suite 1000<br>Las Vegas, NV 89169<br>Tel. (702) 257-1483<br>Email: lcr@h2law.com | _/s/ Robert J. Yorio_____<br>Stewart C. Fitts (5635)<br>HUTCHISON & STEFFEN, PLLC<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, Nevada 89145<br>Tel: (702) 385-2500<br>sfitts@hutchlegal.com |
| *Attorneys for Defendant Allison Wong* | Robert J. Yorio (CA Bar No, 93178)<br>CARR & FERRELL LLP<br>411 Borel Street, Suite 603<br>San Mateo, CA 94402<br>Tel: (650) 812-3453<br>ryorio@carrferrell.com |
| | *Attorneys for Plaintiffs* |

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 9, 2026

2

4936-1369-4357, v. 1