Stewart C. Fitts (NV Bar No. 5635)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
sfitts@hutchlegal.com

Robert J. Yorio (CA Bar No, 93178)
Carr & Ferrell, LLP
411 Borel Street, Suite 603
San Mateo, CA 94402
Tel: (650) 812-3453
Fax: (650) 812-3444
Yorio@carrferrell.com

*Attorneys for Plaintiffs*
NBK INNOVATION XIII, LLC,
DOJO VENTURES FUND II, LLC, SU FUND I,
A SERIES OF INCISIVE VENTURES LP,
ANTONIO SALERNO, SUSAN LEIBY, ALESSCO, INC.
DEFINED BENEFIT PLAN, ROBERT HESS,
AND MJ JAMIOLKOWSKI FLP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NBK INNOVATION XIII, LLC, DOJO VENTURES FUND II, LLC, SU FUND I, A SERIES OF INCISIVE VENTURES LP, ANTONIO SALERNO, SUSAN LEIBY, ALESSCO, INC. DEFINED BENEFIT PLAN, ROBERT HESS, AND MJ JAMIOLKOWSKI FLP,

Plaintiffs,

v.

SUAVEI, INC., AFONSO INFANTE, AND ALLISON WONG,

Defendants.

Case No.: 2:22-cv-01415-JAD-DJA

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION FOR ATTORNEYS' FEES**

Plaintiffs NBK Innovation XIII, LLC, DOJO Ventures Fund II, LLC, SU Fund I, a Series of Incisive Ventures LP, Antonio Salerno, Susan Leiby, Alessco Inc. Defined Benefit Plan, Robert Hess, and MJ Jamiolkowski FLP (collectively, "Plaintiffs"), and Defendant Allison Wong ("Defendant" or "Defendant Wong"), by and through their undersigned counsel, respectfully submit this joint request to extend the deadline for Plaintiffs to file its opposition to Defendant's Bill of Costs (ECF 112) and Motion for Attorneys' Fee (ECF 113) from September 11, 2026 to September 21, 2026.

DATED this 3rd day of September 2026.

HUTCHISON & STEFFEN, PLLC

*/s/ Stewart C. Fitts*

Stewart C. Fitts (5635)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

Robert J. Yorio (CA Bar No, 93178)
Carr & Ferrell, LLP
411 Borel Street, Suite 603
San Mateo, CA 94402
Tel: (650) 812-3453
Fax: (650) 812-3444

*Attorneys for Plaintiffs*
*NBK INNOVATION XIII, LLC,*
*DOJO VENTURES FUND II, LLC, SU FUND I,*
*A SERIES OF INCISIVE VENTURES LP,*
*ANTONIO SALERNO, SUSAN LEIBY,*
*ALESSCO, INC. DEFINED BENEFIT PLAN,*
*ROBERT HESS, AND MJ JAMIOLKOWSKI*
*FLP*

HOWARD & HOWARD ATTORNEYS, PLLC

*/s/ L. Christopher Rose*

L. Christopher Rose (7500)
Jonathan R. Martin (15959)
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169

*Attorneys for Defendant Allison Wong*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT JUDGE
DATED: 9/9/2026