L. Christopher Rose, Esq.
Nevada Bar No. 7500
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: lcr@h2law.com

*Attorneys for Defendant Allison Wong*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NBK INNOVATIONS XIII, LLC, DOJO VENTURES FUND II, LLC, SU FUND I, A SERIES OF INCISIVE VENTURES LP, ANTONIO SALERNO, SUSAN LEIBY, ALESSCO, INC. DEFINED BENEFIT PLAN, ROBERT HESS, AND MJ JAMIOLKOWSKI FLP,<br><br>Plaintiffs,<br>vs.<br><br>SUAVEI, INC., AFONSO INFANTE, AND ALLISON WONG,<br><br>Defendant. | Case No. 2:22-CV-01415-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR ATTORNEYS FEES**<br><br>ECF No. 119 |

Defendant Allison Wong ("Defendant") and Plaintiff NBK Innovations XIII, LLC, Dojo Ventures Fund II, LLC, SU Fund I, A Series of Incisive Ventures, LP, Antonio Salerno, Susan Leiby, Alessco, Inc. Defined Benefit Plan, Robert Hess, and MJ Jamiolkowski FLP ("Plaintiffs"), by and through their undersigned counsel, hereby stipulate and agree, and respectfully request that the Court enter an order, extending the deadline for Defendant to file her Reply in support of her Motion for Attorneys' Fees (ECF No. 113). On September 21, 2026, Plaintiffs filed Plaintiffs' Opposition to Defendant Allison Wong's Motion for Attorney Fees (ECF No. 117). The parties stipulate and agree that the due date for Defendant's Reply in support of her motion be extended from September 28, 2026 to October 19, 2026.

/ / /

/ / /

/ / /

/ / /



HOWARD & HOWARD ATTORNEYS PLLC

Dated this 24th day of September, 2026.

| | |
|---|---|
| HOWARD & HOWARD ATTORNEYS PLLC<br><br>By: */s/ L. Christopher Rose*<br>L. Christopher Rose, Esq.<br>Nevada Bar No. 7500<br>3800 Howard Hughes Pkwy., Suite 1000<br>Las Vegas, NV 89169<br>Tel. (702) 257-1483<br>Email: lcr@h2law.com<br><br>*Attorneys for Defendant Allison Wong* | HUTCHISON & STEFFEN, PLLC<br><br>*/s/ Roberty J. Yorio*<br>Stewart C. Fitts (5635)<br>HUTCHISON & STEFFEN, PLLC<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, Nevada 89145<br>Tel: (702) 385-2500<br>sfitts@hutchlegal.com<br><br>Robert J. Yorio (CA Bar No, 93178)<br>CARR & FERRELL LLP<br>411 Borel Street, Suite 603<br>San Mateo, CA 94402<br>Tel: (650) 812-3453<br>ryorio@carrferrell.com<br><br>*Attorneys for Plaintiffs*<br>NBK INNOVATION XIII, LLC, DOJO VENTURES FUND II, LLC, SU FUND I, A SERIES OF INCISIVE VENTURES LP, ANTONIO SALERNO, SUSAN LEIBY, ALESSCO, INC. DEFINED BENEFIT PLAN, ROBERT HESS, AND MJ JAMIOLKOWSKI FLP |

ORDER

Based on the parties' stipulation [119] and good cause appearing, IT IS ORDERED that the due date for Defendant's Reply in support of her motion is extended from September 28, 2026 to October 19, 2026.

10/6/26

UNITED STATES DISTRICT JUDGE



HOWARD & HOWARD ATTORNEYS PLLC